IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KIMBERLY DAY-LEWIS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | CIVIL ACTION NO.: 12-cv-2638 |
| ) | |
| **U.S. EQUAL EMPLOYMENT** ) | |
| **OPPORTUNITY COMMISSION,** ) | |
| ) | |
| **Defendant.** ) | |

**PLAINTIFF'S MOTION TO SUBSTITUTE REAL PARTY IN INTEREST**

NOW COMES Plaintiff, Kimberly Day-Lewis, through counsel and pursuant to Rule 17 of the Federal Rules of Civil Procedure, and hereby requests that the Court allow her to substitute the above named Defendant in this lawsuit with the correctly named Defendant. In support of this Motion, Plaintiff respectfully shows the Court the following:

1. In her original Complaint, Plaintiff incorrectly named the U.S. Equal Employment Opportunity Commission as the Defendant.

2. However, it has come to the Plaintiff's attention that according to 42 USC § 2000e-16(c), the correct Defendant to be named in this lawsuit is Jacqueline A. Berrien, Chair of the U.S. Equal Employment Opportunity Commission.

3. Plaintiff's counsel has conferred with opposing counsel pursuant to Local Rule 7.1, and counsel has stipulated to the substitution of the correct Defendant.

Wherefore, Plaintiff respectfully requests that the Court enter an Order substituting the Defendant in this Complaint for Jacqueline A. Berrien, Chair of the U.S. Equal Employment Opportunity Commission.

This the 18th day of September, 2012.

        Respectfully submitted,

        /s/ Dawn T. Mistretta
        Dawn T. Mistretta
        NC State Bar No.: 31691
        Andrew L. Fitzgerald
        NC State Bar No.: 31522
        Strauch Fitzgerald & Green, P.C.
        118 S. Cherry Street
        Winston-Salem, NC 27101
        dmistretta@sfandglaw.com
        afitzgerald@sfandglaw.com
        *Admitted Pro Hac Vice*

        /s/ Steven N. Goudsouszian
        Steven N. Goudsouszian
        P.A. Id. No.: 74831
        2925 William Penn Highway, Suite 301
        Easton, PA 18045
        stevesnglaw@gmail.com

        *Attorneys for Plaintiff, Kimberly Day-Lewis*

## CERTIFICATE OF SERVICE

I certify that on the 18th day of September, 2012, I electronically filed **PLAINTIFF'S MOTION TO SUBSTITUTE REAL PARTY IN INTEREST** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.

                                                /s/ Dawn T. Mistretta
                                                Dawn T. Mistretta