**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **KIMBERLY DAY-LEWIS** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **U.S. EQUAL EMPLOYMENT** | : | |
| **OPPORTUNITY COMMISSION, et al.** | : | **NO.  12-2638** |

**O R D E R**

**AND NOW**, this 16th day of September, 2014, upon consideration of the Motion of

Defendant, Jacqueline A. Berrien, Chair of the U.S. Equal Employment Opportunity

Commission ("EEOC"), for Summary Judgment (ECF Document 39), plaintiff's opposition

thereto (Doc. 46), the Motion of Plaintiff, Kimberly Day-Lewis, for Partial Summary Judgment

(Doc. 37), defendant's opposition thereto (Doc. 45), and the parties respective reply briefs (Docs.

57, 58), for the reasons provided in the accompanying Memorandum, it is hereby **ORDERED**

that:

1.  Defendant's Motion (Doc. 39) is **DENIED** with respect to Count II (gender

discrimination) of Plaintiff's Complaint to the extent plaintiff claims that defendant improperly

restricted plaintiff from performing outside work;

2.  Defendant's Motion (Doc. 39) is **DENIED** with respect to plaintiff's Count VI

(retaliation) to the extent plaintiff claims that defendant improperly restricted her from

performing outside employment, manipulating plaintiff's case inventory, and acting in an

antagonistic course of conduct;

3.  Defendant's Motion (Doc. 39) is **GRANTED** in all other respects;

1

4.  Plaintiff's Motion for Partial Summary Judgment (Doc. 37) is **DENIED**.


BY THE COURT:


  s/ L. Felipe Restrepo
L. Felipe Restrepo
United States District Judge