IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

KIMBERLY DAY-LEWIS         :    CIVIL ACTION
                                :
            v.               :
                                :
U.S. EQUAL EMPLOYMENT    :    NO.  12-2638
OPPORTUNITY COMMISSION, et
al.

### O R D E R

AND NOW, this  15th   day of January, 2015, upon consideration of Plaintiff's

motion for costs and attorneys' fees (Doc. 64), the response (Doc. 67), and for the

reasons stated in the accompanying memorandum, IT IS HEREBY ORDERED that the

motion is DENIED.

BY THE COURT:

/s/ELIZABETH T. HEY

_____
ELIZABETH T. HEY, U.S.M.J.